UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE RULE 45 SUBPOENA ISSUED TO NANCY LUCAS DATED FEBRUARY 10, 2023* | Case No. 23-mc-00040 |
| *IN RE RULE 45 SUBPOENA ISSUED TO SCOTT HOWARD DATED FEBRUARY 10, 2023* | Case No. 23-mc-00041 |

**ORDER ON JOINT STIPULATION
REGARDING BRIEFING SCHEDULE FOR MOTIONS TO QUASH**

Pursuant to the Stipulation Regarding Briefing Schedule for Motions to Quash (Dkt No. 12, 23mc40, Dkt. No. 11, 23mc41) ("Stipulation") entered into by the Parties,

It is **HEREBY ORDERED** that the Stipulation is granted as follows:

1. Plaintiffs will respond to the motions to quash the subpoenas of Nancy Lucas and Scott Howard in one filing in the District of Minnesota by **April 25, 2023**.

2. Plaintiffs will not oppose Nancy Lucas' or Scott Howard's motion to file a reply brief within **fourteen days** after Plaintiffs' response is filed.

Dated: April 20, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge